| | |
|---|---|
| JOEL S. MILIBAND, #77438 | |
| jmiliband@rusmiliband.com | JS-6 |
| CATHRINE M. CASTALDI, #156089 | cc: FISCAL |
| ccastaldi@rusmiliband.com | |
| RUS, MILIBAND & SMITH | |
| A Professional Corporation | |
| Seventh Floor | |
| 2211 Michelson Drive | |
| Irvine, California 92612 | |
| Telephone: (949) 752-7100 | |
| Facsimile: (949) 252-1514 | |

Attorneys for Defendant
JODI RABER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CONSECO LIFE INSURANCE COMPANY, | CASE NO. CV08-04210 JFW(RZx) |
| Plaintiff, | **JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT** |
| vs. | |
| JODI RABER, COMERICA BANK, AS SUCCESSOR TO METROBANK, N.A., | |
| Defendants. | |

After considering the Stipulation for Entry of Judgment and all other pleadings on file in this case and for the reasons stated on the record, the Court hereby enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendant Jodi Raber for the reasons set forth in the Stipulation For Entry Of Judgment.

/ / /

334194v1 dd 8/20/08 1 (2166-0001)

1. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Jodi Raber is the beneficiary named in Policy No. 10UC010105 (the "Policy") on the life of John P. Raber from Conseco Life Insurance Company and that Comerica Bank as successor in interest to MetroBank, N.A. disclaims any interest in the Policy or its proceeds.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Conseco Life Insurance Company is entitled to $1,503.00 as reimbursement of attorneys' fees and costs incurred in commencing this litigation.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that of the $318,807.64 on deposit with the clerk of this Court, which represents the net proceeds of the Policy, Conseco Life Insurance Company is entitled to the sum of $1,503.00 and Jodi Raber is entitled to the sum of $317,304.64 plus any interest that may have accrued during deposit with the clerk of the Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the clerk of this Court pay: (1) Conseco Life Insurance Company the sum of $1,503.00 and (2) Jodi Raber the sum of $317,304.64 plus any accrued interest with respect to the proceeds on deposit with the Court.

September 30, 2008

THE HONORABLE JOHN F. WALTER
United States District Judge

SUBMITTED BY:

RUS, MILIBAND & SMITH
A Professional Corporation

By: _____
CATHRINE M. CASTALDI
Attorneys for Defendant Jodi Raber

334194v1 dd 8/20/08 1 (2166-0001)          -2-